RUFUS BOOYE ET AL., PLAINTIFFS IN ERROR, v. LAURA MATTHEWS, DEFENDANT IN ERROR.

On error to the Supreme Court.

For the plaintiffs in error, *George A. Bourgeois* and *David J. Pancoast.*

For the defendant in error, *John W. Wescott.*

PER CURIAM.

The judgment of the Supreme Court is reversed.

*For affirmance*—None.

*For reversal*—THE CHANCELLOR, CHIEF JUSTICE, DEPUE, DIXON, GUMMERE, LIPPINCOTT, LUDLOW, MAGIE, VAN SYCKEL, BARKALOW, BOGERT, BROWN, NIXON. 13.